IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTIS C. CARROLL, JR. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 19-2060 |
| | : | |
| PETER ANDERS | : | |

# ORDER

**AND NOW**, this 25th day of March 2020, upon considering Defendant's unopposed Motion for summary judgment (ECF Doc. No. 34), following our careful review of the submitted record, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion for summary judgment (ECF Doc. No. 34) is **GRANTED** as there are no genuine issues of material fact precluding judgment as a matter of law on the remaining due process and race discrimination claims;

2. Mindful of the Clerk of Court's current inability to mail this Order and accompanying Memorandum, and consistent with earlier Orders (ECF Doc. No. 29), Defendant's counsel shall immediately e-mail today's filings to Plaintiff and, no later than **March 27, 2020,** first class mail today's filings to Plaintiff;

3. Defendant's counsel shall file a certificate of service demonstrating compliance consistent with its January 29, 2020 certificate of service (ECF Doc. No. 30) no later than **March 30, 2020;** and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**